IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD GROSSO,<br><br>          Petitioner,<br><br>     v.<br><br>SUPERINTENDANT MICHAEL ZAKEN, ATTORNEY GENERAL FOR THE COMMONWEALTH OF PENNSYLVANIA, DISTRICT ATTORNEY OF CENTRE COUNTY,<br><br>          Respondents. | 2:22-CV-00640-CCW-MPK<br><br>District Judge Christy Criswell Wiegand<br>Magistrate Judge Maureen P. Kelly |

## **MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On May 4, 2022, Magistrate Judge Kelly issued a Report, ECF No. 4, recommending that this case be transferred forthwith to the United States District Court for the Middle District of Pennsylvania.  Service of the Report and Recommendation was made on Petitioner.  No objections have been filed, and the Court received Petitioner's letter stating that he does not object to the transfer, *see* ECF No. 5.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that this case be transferred forthwith to the United States District Court for the Middle District of Pennsylvania and the Magistrate Judge's Report and Recommendation, ECF No. 4 is adopted as the Opinion of the District Court.  It is further **ORDERED** that pursuant to Petitioner's request, a copy of the court docket shall be sent to Petitioner.

IT IS SO ORDERED.

DATED this 7th day of June, 2022.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc: The Honorable Maureen P. Kelly
United States Magistrate Judge

Richard Grosso
CW6956
SCI Greene
169 Progress Drive
Waynesburg, PA 15370