IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD GROSSO,** | : | |
| Petitioner | : | |
| | : | No. 1:22-cv-00925 |
| v. | : | |
| | : | (Judge Rambo) |
| **MICHAEL ZAKEN,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 11th day of April 2023, upon consideration of Respondent Michael Zaken ("Respondent")'s motion to dismiss the petition for a writ of habeas corpus filed by pro se Petitioner Richard Grosso ("Petitioner") (Doc. No. 14), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Respondent's motion to dismiss the petition (Doc. No. 14) is **GRANTED**, and the petition (Doc. No. 1) is **DISMISSED**;

2. Petitioner's motion to proceed with the petition (Doc. No. 16) is **DENIED**;

3. A certificate of appealability shall not issue; and

4. The Clerk of Court is directed to **CLOSE** this case.

s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge